IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re

Dale Latrice Blackwell

Case No. 13-10323
Chapter 7

Debtor(s)

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

TO THE CLERK:

You are hereby notified that the above-named Debtor(s) has/have changed addresses, to the following address, as of  1/15/13  (date):

4409 Wakefield Rd.
Baltimore MD 21216

Please amend the Court's records and kindly notify the U.S. Trustee.

Date: 2/12/13

*/s/ Dale L. Blackwell*